# United States District Court
## For The Western District of North Carolina
## Charlotte Division

William Jasper Goodman, Jr.,

    Petitioner,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　3:09-cv-483-MU

Robert C. Lewis,
Director of N.C. Prisons,

    Respondent.

DECISION BY COURT. This action having come before the Court by Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 12, 2009 Order.

                                                      Signed: November 12, 2009

                                                      Frank G. Johns, Clerk
                                                      United States District Court